1551-14

# ELECTRONIC RECORD

COA #   06-14-00017-CR          OFFENSE: 37.09

STYLE: Shannon Blane Sessums v. The State of Texas          COUNTY: Red River

COA DISPOSITION:   Affirmed          TRIAL COURT: 6th District Court

DATE: 10/24/2014          Publish: No   TC CASE #:   CR02060

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Shannon Blane Sessums v. The State of Texas          CCA #:   1551-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 02/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD